**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ZALMEN LOVI,<br><br>                        Plaintiff,<br><br>      -against-<br><br>CREDIT PROTECTION ASSOCIATION LP,<br><br>                        Defendant. | Docket No: ____-cv-_____<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE**, that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Credit Protection Association L.P. ("CPA"), hereby gives notice of the removal of this action from the Civil Court of the State of New York, County of Kings, where it is now pending, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendants states:

      1.      On or about April 8, 2019, Plaintiff filed a Summons and Complaint in this action styled *Zalmen Lovi v. Credit Protection Association LP* bearing Index No. 009776 before the Civil Court of the State of New York, County of Kings. A copy of the Summons and Complaint is annexed hereto as **Exhibit 1**.

      2.      The Summons and Complaint was received by CPA on or about April 12, 2019.

      3.      The Summons and Complaint alleges violations of 15 U.S.C. § 1692, et. seq., otherwise known as the Fair Debt Collection Practices Act ("FDCPA"). Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(b) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

4. This Notice of Removal is timely filed within thirty (30) days after Defendant first received a copy of the Summons and Complaint setting forth the claims for relief and existence of federal question jurisdiction.

5. A civil cover sheet and the payment of the required filing fee accompany this Notice.

6. Written notice of this Notice of Removal will be filed in the Civil Court of the State of New York, County of Kings.

**WHEREFORE,** the Removing Defendant respectfully requests that this action be removed from the Civil Court of the State of New York, County of Kings to the United States District Court for the Eastern District of New York.

Dated: New York, New York
       May 3, 2019

                                HINSHAW & CULBERTSON LLP
                                *Attorneys for Defendant*
                                *Credit Protection Association L.P.*

                                By: /s/ *Han Sheng Beh*
                                      Han Sheng Beh
                                800 Third Avenue, 13th Floor
                                New York, New York 10022
                                Tel: (212) 471-6200

To: Edward B. Geller, Esq.
      Edward B. Geller, Esq., P.C., of Counsel to
      M. Harvey Rephen & Associates, P.C.
      *Attorney for Plaintiff*
      *Zalmen Lovi*
      15 Landing Way
      Bronx, New York 10464
      (914) 473-6783